IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN KRUEGER,

    Plaintiff,

v.

COLUMBIA COUNTY SHERIFFS DEPARTMENT, et al

    Defendants.

ORDER

Case No. 20-cv-1007-wmc

Plaintiff Kevin Krueger has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than November 24, 2020. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Kevin Krueger may have until November 24, 2020 to submit a trust fund account statement for the period beginning approximately May 3, 2020 and ending approximately November 3, 2020. If, by November 24, 2020, plaintiff fails to

respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.

In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 3rd day of November, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge